CLEO MC GREW JR. #935645
LEBlanc Unit A-1-B
3695 F.M. 3514
Beaumont Tx. 77705

3/27/2015

C.C.

51314-07

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 30 2015
Abel Acosta, Clerk

CLERK
Ms. Louise Pearson, Clerk
Court of Criminal Appeals
P.O. Box-123
Capton- STA
Austin Texas-7

Dear Ms. Louise Pearson, Clerk

Im writing to find out to see If you Received My 11,07 to the appeals court. From Mr. Robert E. Bell District Attorney EDNA Tx. He said He send It Hand delivered To you on March 9, 2015. I would like to know who did Infact Delivered it to you. This is my secound Letter to you this month. You haven't Responded If you have Received My 1107. Don't Let Mr Robert E Bell Miss Lead you. Because He has Thioristic threat Me in open court. ANd I have notifide the F.B.I I Need A copy of the 1107 that was brought to you to see If he has taken my exhibits out from the 1107. THANK You VERY much. Please Send me a copy.

PS C.C.
My first 1107 was dlenied without a writen apinion and I know the Appeal Judge should Have given me a Reason why. So I know something Iv soing on with the appeal court. C.C.